# EXHIBIT 12

Richard J. Kim



December 5, 2020

Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W. 1st St.
Los Angeles, CA 90012

Dear Judge Philips:

I am writing today to express my strong support for leniency in the sentencing of Sang B. (Ed) Noh, who I understand, has plead guilty to a financial crime before your Court.

I have known Ed Noh for six years since I started to work in Ambiance as a Controller. During the time of my employment, I have experienced an individual who was really hard working, responsible, and has a lot of empathy.

When I first joined Ambiance, what surprised me the most was that Ed Noh was taking so much more roles than a typical CEO of a company. He was deeply involved in so many areas of the company such as sales, production development, purchasing, and strategic planning. He was working like he was de factor director/manager of sales, product development, purchasing, and strategic planning. Thus, he was working day and night, and even weekends. I believe the company was able to grow fast because Ed was handling tremendous amount of work while being very efficient and yet well-articulated.

The flip side of the coin is that since he plays so critical roles in almost every aspect of the business, his vacancy can threaten the survival of the company. He was aware of the potential risk when the company relies on one person too much, so he was trying to delegate more and train other managers. However, this transition is still in progress. The people who knows about the company worries how devastating the impact will be to the company if he gets sentenced and specially if it is heavy.

Another comment I would like to make about Ed is that he is a very responsible person. After pleading guilty, he gathered employees and made announcement in front of all the office employees about the guilty plea and admitted his wrongdoings. Instead of blaming other advisors or former employees, he took the full responsibility for his mistakes. Then he assured the employees that he is doing everything he can to save the company and we will not be losing our jobs.

I had a chance to talk with Ed about the company's and his long-term goals with the business when I joined this company. To my surprise, his long-term goal with this company was not the growth or profit, but mere survival. He mentioned that this company hires almost 200 employees and if you include their family, 500 or more people's lives depend on it. And he sometimes could not sleep at night because he feels the burden of being responsible for the company and its employee's future. He seemed to be under tremendous pressure and perhaps that is why he made wrong decisions in the past.

The last comment that I would like to make is that Ed is a person with a lot of empathy. When he sees any employees going through difficult times, whether financially or emotionally, he was very generous and helpful. When my father passed away few years ago, Ed and his whole family came to the funeral and comforted my family. He also wrote me a check with a generous amount for condolence. At that time, I really felt grateful and comforting.

I later found out that it was not just my dad's funeral, but he attends other employees' funerals and weddings whenever he can. He tries to share other employees' happiness and sorrow, and also likes to send generous amount for condolence. He also likes to help when employees are sick. From time to time, we had few employees who became unable to carry their normal workload due to medical conditions. Ed then usually allowed them to stay and kept the same salary even though they were working probably at 50% efficiency. His generosity and empathy is well known to many and I hope those who were helped by Ed during their difficult times would have sent a letter of support.

What most employees probably do not know, however, is that Ed cares about the well-being of not just the people around him, but even the employees he rarely knows; and ultimately all the other fellow human beings in the community. About three years ago, I was presenting him about the rising minimum wage in Los Angeles and its negative impact on the company's profit. He then surprised me by saying that he supports the minimum wage increase because everyone should be entitled to a decent living standard and he knows how difficult it is to live and support the family by earning current minimum wage. He mentioned we will lose some of our profits but that should be okay as long as we can stay competitive. For the well-being of the low-income families and to lessen their hardship, he was willing to make some sacrifice.

Please your Honor, find it in your heart to allow him the opportunity to do good for other people so he may counterbalance the wrongs he did. I am confident that his presence outside of prison will be more valuable to not only the employees, but also to our community and to our society as a whole.

Thank you for considering my comments on Ed Noh's character and being light and lenient.


Sincerely,

Richard J. Kim