# EXHIBIT 13

Phillip Sung Lee



December 7, 2020

Honorable Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, California 90012

Dear Judge Phillips,

My name is Phillip Lee and I have been working as a Director of Operation for Ambiance for 15 years. I started working as a Production Manager, then promoted to a General Manager, and now I am a Director of Operation. When I joined the company in my late thirties, I was the head of the family with a wife and two little kids and now the first son has graduated from college and the second son is a freshman of college and I am still the head of the family in my 50s with a wife and two grown men. I didn't even realize how time goes fast from my first day of my job.

The reason why I am writing this letter to you today is to introduce a person, Mr. Ed. Noh to you for a moment. From the first day I joined the company to the present day, I observed and experienced him for 15 years while carrying out so many kinds of works together working very close to him. Mr. Ed Noh, within my own experience with him from my first day of work was a person who was always considerate of and caring for employees, customers and vendors as well and I wanted to let you know that he still has the same thoughts and hearts today as back then even after 15 years have passed.

He is the one who taught me the principle of caring where caring for others doesn't mean a loss on us but that caring for others leads to caring for us instead. In that respect, the consideration that Ed has given for all the employees over the past years is so much that I cannot even list them all, but I can give you a few examples, starting with the bonuses that has been paid to all employees every three months for many years in the past, breakfast snacks for employees and customers for more than 8 years without skipping one single day, paid vacation, medical, dental, vision insurance, 401(k), birthday card with gift card for all employees, Thanksgiving gift, yearend bonus, etc., I can't list all.

I have experienced firsthand with my eyes and ears that Ed worked tirelessly in many areas to give employees substantial benefits so that employees can be proud of working in this company.
And I was one who carried out all these things under direct instructions from Ed. Recently, when all employees were unable to go to work for two months due to the COVID-19 Stay At Home Order and many were unable to meet the minimum living expenses, Ed was the one who asked me over the phone every day how they were doing with his worry. He is the one who brought up the idea to provide a salary even if they couldn't come to work, and he really provided a salary to who could not come to the work site. At the time of the re-opening,

I gave my opinion to Ed, asking how it would be to have employees resume to work by department step by step and he said, "Many employees have been quarantined in the house for a long time, for two months, but at the time the company reopens, if some employees go to work and others cannot, employees who cannot go to work will feel a sense of loss and alienation." He gave me a direct and clear instruction, "Allow all employees come to work without exception even if they don't have any work to do" and all employees came to work on the company reopening day.

In fact, during this Pandemic period, the company has suffered from huge losses. Retail customers have canceled all previously ordered items without exception due to COVID-19 pandemic. It was a tremendous amount of loss even with the disposition of the cancelled order which has rushed in every day for more than three months at the request of customers. Even in such a case, Ed never talked negatively about our customers, accepted all cancel orders, and he was worried about the company alone. The suppliers who have been working with us were well aware of this situation, and they had a great concern in a fear that our production orders issued to them would be canceled and their inquiries were flooded every day through our production team. But we did not cancel a single order for production issued to our suppliers by the obstinate direction of Ed. He emphasized to me saying, "Even if other companies in this market cancel their orders to their vendors, we should not do the same as other company or competitor in this industry does" he said. "That's how we build up trust with our business partners, so we're different from other companies." As such, Ed's consideration cannot be listed one by one here, but it includes not only the parts related to the company, but also donation of scholarships for local communities, relief activities and missions for Latin America through Catholic Church every year without missing or not keeping his promises to people of ministries. I am a living witness who has been working closely with him on all these processes and endings. Other employees in the company may not know these, but I am the very one who knows it so well to the core.

Your Honor,
Throughout my life, I have been making big and small mistakes myself and because of these mistakes, my family has been in difficulties over the years. When I struggled without hope because of these many different kinds of problems, Ed encouraged me, at my toughest time, saying, "Phillip, now you have to get up and brush off and stand on your feet. Anyone who lives a life does have problem that you are having now. Hey Phillip, I'm not telling you as your boss but as a human being, we all are facing difficulties and so am I. I'm really having a hard time too but we need to be strong." and his words really touched my heart to rethink and get up and rise from the ashes. He did not just comfort me and my family, but he helped us financially, and he was with us with sincere caring mind.

Your Honor,
Just like I made mistakes, everyone makes mistakes if they are a human being.
However, Mr. Ed is not a person who would be in helpless despair and sit there doing nothing because of mistake he made. He is the one who would challenge his work and life again with a new mind, without dwelling on mistakes even if there are many difficulties. Through that process, he gains courage himself and gives us the courage and energy to be strong. He is the real leader of this company for all of us. Today, our company has 186 employees currently working. All of us are living as members of the company, fulfilling the roles given in their respective positions. However, unlike the bosses of other companies who do not do an actual work and just hold the title as a figurehead, Ed actually decides and proceeds directly with all the overall decisions about the style, color, and quantity of new product development and production orders accordingly and no one in this

company can do the production plan as he does. In addition, not only in production but also in sales, chain stores and department store sales meetings are held with buyers for a long period of time, explaining products directly and selling them directly by him. I can see as clearly as I see the fire that the operation of the company itself would be at stake in case we have to face the absence of Mr. Noh, let alone this tough market situation caused by COVID-19 pandemic.

Your Honor,
The reason why I am writing this letter is for Ed Noh seeking your leniency and mercy. And at the same time, it's for me who may lose my job due to the company's problem caused by his absence. I'm also speaking on behalf of our 186 employees currently working in this company ... and their families... for our business partners who work with us, and for many large and small customers who run their businesses by goods supplied from our company. Please take this into account and help us fulfill our obligations and responsibilities for the society and community that still remain. Lastly, I would like to let you know that our boss, Ed Noh is a very sincere and faithful person who would keep the promises once he made to the best he can and he wouldn't make any promise if he sees it not coming even with a slim chance and he did until now with employees, customers and vendors.

I am a Christian who believes in God.
Therefore, I would like to say that none of the statements in my letter has been made untruthfully of lies or with incorrect information. I ask for the goodwill of your honor. I sincerely pray that God's protection will be with you.

Thank you for taking your time to read my letter.

Sincerely,

*[signature]*
Phillip Sung Lee