# EXHIBIT 14

November 30, 2020

Jose Luis Olivares R.



Hon. Virginia Phillips
U.S. District Court
First St. Courthouse
Courtroom 8A, 8th Floor
350 W 1st St.
Los Angeles, CA 90012

<u>Support Letter for Ed Noh</u>

Dear Judge,

My name is Jose Luis Olivares R., and I am the Store Packing Team Lead at Ambiance Apparel's Shipping department where Mr. Ed Noh is the owner. I have worked at Ambiance since 2010 and have known him for 10 years and 7 months. I want to tell you, Your Honor, that Mr. Ed Noh provided me with a job during all this time, and he has helped me tremendously when no one else would. I have two daughters, one who went to college and the youngest was admitted to UC Irvine. When I needed money for my daughters' college tuitions, he lent me money and that helped my family out so much. No other boss has ever done that for me. Life is hard but it gives me strength to know that there are people like Mr. Ed. Thanks to Mr. Ed Noh, now my youngest daughter has finished school. Without his help, it would have been extremely hard to support my daughters to succeed in school. I understand that he has admitted to violating the law and he is taking responsibility for his actions. I am certain that he has learned his lesson and will not do it again in the future.

Your Honor, many families depend on Mr. Noh and his company for work. We are more than a few employees and we are all worried about what will happen. We want Mr. Ed Noh to be well so that we can also be secure in our jobs. I do not want anything to happen to him and let alone lose our jobs. We will not be the only ones affected, for there are many others who in one way or another depend on the business that Mr. Ed provides. He is a good person and a good boss, and I have not had any employer as good as him.

Thank you.

Jose Luis Olivares R.