1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA,

11 | Plaintiff,

12 | vs.

13 | AMBIANCE U.S.A., INC.

14 | d/b/a "Ambiance Apparel,"

15 | Defendant.

2:20-CR-00370-AB

(Matter Reassigned to Judge Andre Birotte Jr. on February 21, 2024)

~~[PROPOSED]~~ **ORDER EXTENDING MONITORSHIP**

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**[PROPOSED] ORDER EXTENDING MONITORSHIP**

1       Upon considering the Independent Corporate Compliance Monitor's Application To Extend

2  Monitorship, and for good cause shown, the Court hereby extends the Monitorship to October 9, 2025.

3

4  Dated:  December 30, 2024

                                                

5                           United States District Court Judge
Andre Birotte Jr.

---

1

**[PROPOSED] ORDER EXTENDING MONITORSHIP**