BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
Assistant United States Attorney
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0637
    Facsimile: (213) 894-0142
    E-mail:   patrick.castaneda@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>AMBIANCE U.S.A., INC., et al.,<br><br>      Defendant. | No. 2:20-CR-00370-AB<br><br>STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING<br><br>PROPOSED ORDER FILED SEPARATELY |

Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Patrick Castañeda, and defendant AMBIANCE U.S.A., INC. ("defendant"), by and through its counsel of record, Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP (collectively the "parties"), hereby stipulate as follows:

1.   On September 22, 2025, the parties appeared before this Court for a preliminary revocation hearing. (Dkt. 127.) For the reasons stated on the record, including the Court requesting that

the government file its position on the Court's potential sentencing options by September 26, 2025, the Court continued the preliminary revocation hearing to September 30, 2025. (Id.)

2.  The parties have met and conferred via email, and after contacting this Court's courtroom deputy and pursuant to 18 U.S.C. § 3565(c), the parties jointly request that the preliminary revocation hearing be continued to November 3, 2025, at 10:00 a.m.

3.  Defense counsel has conferred with the authorized representative for defendant, who agrees with this request and stipulation.

IT IS SO STIPULATED.

DATED: September 26, 2025

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division


_/s/_____
PATRICK CASTAÑEDA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


DATED: September 26, 2025

/s/ Benjamin N. Gluck via email authorization
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
Attorneys for Defendant
AMBIANCE U.S.A., INC.


In accordance with L.R. 5-4.3.4, the filer attests that all signatories listed and on whose behalf this filing is authorized concur in this filing's content and have authorized this filing.